UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADOLPHUS DAVIS and
STEPHANIE HINES,

    Plaintiffs,

v.                                        Case No.:  2:24-cv-434-SPC-NPM

COVINGTON SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

## OPINION AND ORDER

On April 9, 2025, the Court held a hearing on Plaintiff Stephanie Hines' refusal to prosecute this case, including her repeated failure to appear for a deposition. (Doc. 66). Subsequently, the Court ordered Hines to either file a verified notice that she will appear for her deposition at a mutually agreed date and time or file a Rule 41 stipulation dismissing her claims against Defendant by May 23, 2025. (Doc. 71). And the Court cautioned that failure to do so would result in the Court dismissing Hines' claims with prejudice. (*Id.*).

On May 23, 2025, Hines filed a Rule 41 stipulation dismissing her claims against Defendant with prejudice. (Doc. 72). However, the stipulation was not signed by "all parties who have appeared." *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). So the Court struck the stipulation, and ordered the parties to file a stipulation

that complies with Rule 41 by June 3, 2025. (Doc. 73). This deadline has come and gone, and no party has filed a proper Rule 41 dismissal.

Because Hines has not filed a sufficient Rule 41 stipulation nor filed a notice that she will appear for a deposition by the Court-imposed deadlines, it is apparent she has no interest in prosecuting this case. And the Court warned Hines that her failure to comply would result in dismissal with prejudice. True to its word, the Court dismisses Hines' claims against Defendant with prejudice.

Accordingly, it is now

**ORDERED:**

1. Plaintiff Stephanie Hines' claims against Defendant are **DISMISSED with prejudice**.

2. The Clerk is **DIRECTED** to terminate Stephanie Hines as a Plaintiff.

**DONE** and **ORDERED** in Fort Myers, Florida on June 4, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record